WILLIAMS ENGINEERING & CON-TRACTING CO., Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department, May 12, 1911.) Action by the Williams Engineering & Contracting Company against the City of New York. C. L. Barber, for appellant. F. Nevius, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WINKLER, Appellant, v. KLAUSNER et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 26, 1911.) Action by Frederick Winkler against Jacob P. Klausner and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

WINN et al., Respondents, v. JACOBS, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 2, 1911.) Action by Willis H. Winn and another against Louis Jacobs and Stephen Conway. No opinion. Motion denied, with costs. See, also, 128 N. Y. Supp. 1151.

In re WINTERS. (Supreme Court, Appellate Division, First Department. April 28, 1911.) In the matter of William Winters. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WITHERBEE et al. v. DILWORTH et al. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Alfred S. Witherbee and others against Lawrence Dilworth, impleaded with others. No opinion. Motion denied, with $10 costs. Settle order on notice. See, also, 127 N. Y. Supp. 1150.

WITTHAUS, Appellant, v. PAUSELIUS, Respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by Bertha Witthaus against Charles Pauselius.
PER CURIAM. Judgment of the Municipal Court affirmed, with costs.
JENKS, P. J., dissents.

YOUNG, Appellant, v. CERVADORA, Respondent. (Supreme Court, Appellate Division, Second Department. June 2, 1911.) Action by William M. Young against Dominick Cervadora. No opinion. Judgment of the Municipal Court affirmed, with costs.

YOUNG, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1911.) Action by Jacob Young against the Nassau Electric Railroad Company.
PER CURIAM. Judgment and order of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that plaintiff has not shown freedom from contributory negligence. See Volosko v. Interurban Street Railway Co., 190 N. Y. 206, 82 N. E. 1090, 15 L. R. A. (N. S.) 1117. See, also, 139 App. Div. 915, 123 N. Y. Supp. 1151.

ZUBRINSKY, Respondent, v. BIOW, Appellant. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Hyman Zubrinsky against David W. Biow. E. Eschwege, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ZUBRINSKY. v. BIOW. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Hyman Zubrinsky against David W. Biow. No opinion. Motion to dismiss appeal denied, without costs. Order filed.

ZUBRINSKY v. BIOW. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Hyman Zubrinsky against David W. Biow. No opinion. Motion granted, without costs. Order filed.

ZUCKER v. WHITRIDGE. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Louise Zucker, as administratrix, against Frederick W. Whitridge, as receiver. No opinion. Motion denied, with $10 costs. Order filed. See, also, 128 N. Y. Supp. 233.

END OF CASES IN VOL. 129.

*